UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  WALKER, ANITA<br>    Debtor(s) | CASE NO. 09-24462 JPK |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**
**TO UNITED STATES BANKRUPTCY COURT**
**CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE:   J. Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

    Anita Walker                              $ 0.05

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        October 13, 2010            By: /s/ Stacia L. Yoon
                                          STACIA L. YOON, TRUSTEE #16933-53
                                          Genetos Retson & Yoon LLP
                                          8585 Broadway, Suite 480
                                          Merrillville, IN 46410
                                          Telephone: (219) 755-0401
                                          bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Anita Walker, 1571 Hovey Street, Gary, IN 46406